**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TIG INSURANCE COMPANY**                                        **PLAINTIFF**

              **v.**                 **Civil No. 04-5117**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA, A**
**PENNSYLVANIA CORPORATION; and**
**AMERICAN HOME ASSURANCE COMPANY,**
**A NEW YORK CORPORATION**                              **DEFENDANTS**

## O R D E R

On this 11th day of April, 2006, the Court takes up plaintiff's letter motion seeking an extension in the deadlines for discovery and dispositive motions, and finds that such motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline for completion of discovery is extended to May 15, 2006, and the deadline for filing dispositive motions is extended to June 9, 2006.

**IT IS SO ORDERED.**

                                                          /s/ Jimm Larry Hendren
                                                          **JIMM LARRY HENDREN**
                                                          **UNITED STATES DISTRICT JUDGE**