IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TIG INSURANCE COMPANY**                                                PLAINTIFF

      v.      Civil No. 04-5117

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, A
PENNSYLVANIA CORPORATION; and
AMERICAN HOME ASSURANCE COMPANY,
A NEW YORK CORPORATION**                                                DEFENDANTS

### O R D E R

Now on this 7th day of July, 2006, comes on for consideration plaintiff's **Motion For Order Of Dismissal With Prejudice** (document #45), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE